# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY *Plaintiff* | CIVIL ACTION NO. 12-6946 |
| v. | |
| LOUIS E. FISCHER and ELEANOR M. FITZPATRICK FISCHER *Defendants* | |

## ORDER

**AND NOW,** this 19th day of November 2013, upon consideration of Plaintiff's *Motion for Judgment on the Pleadings* [ECF 11], Defendants' response in opposition [ECF 12], Plaintiff's reply [ECF 13] thereto, and in accordance with the foregoing Memorandum filed on this day, it is hereby **ORDERED** that:

1. Plaintiff's motion is GRANTED.
2. A declaratory judgment is entered in favor of Plaintiff and against Defendants.
3. The Clerk of Court shall mark this case closed.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.